IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MALENDIA WADE-LEMEE,      )
                                           )
      Plaintiff,            )
                                           )
  v.                          )       Cause Number. 4:05CV1198
                                         HEA
                                         )
THE BOARD OF EDUCATION FOR   )
THE CITY OF ST. LOUIS,        )
                                           )
      Defendants.       )

## ORDER

Defendant's alternative Motion for Continuance of August 18, 2008 Trial

Setting and New Case Management Order, [Doc. 30], is granted.

The parties are ordered to submit a proposed Joint Scheduling Plan within 7

days from the date of this Order for the Court's consideration.

Plaintiff is admonished to fully comply with deadlines imposed by the Court's

Case Management Order.

Dated this 14th day of August, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE